# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SAMANTHA MARMIER-ROMEO, individually and on behalf of all others similarly situated,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>AP PREFERRED SOLUTIONS, LLC, a/k/a ACCESSPOINT HEALTHCARE IT,<br><br>　　　　　　　Defendant. | Civil Action No. 2:18-cv-11943<br><br>**CLASS AND COLLECTIVE ACTION** |

## STIPULATION REQUESTING DISMISSAL OF THE ACTION WITH PREJUDICE AND ENTRY OF JUDGMENT

Pursuant to the terms of the Parties' FLSA Collective Settlement Agreement ("Settlement Agreement," ECF No. 49-2), which the Court approved on July 18, 2019 (ECF No. 50), Plaintiff Samantha Marmier-Romeo ("Plaintiff") and Defendant AP Preferred Solutions, LLC a/k/a AccessPoint Healthcare IT ("Defendant" or "AccessPoint") (together, the "Parties"), through their undersigned counsel, hereby submit this Stipulation Requesting Dismissal of the Action with Prejudice and Entry of Judgment, and in support thereof state as follows:

1.　Plaintiff filed this case on June 19, 2018 in the United States District Court for the Eastern District of Michigan alleging that Defendant violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") and New Jersey state law

by failing to pay Plaintiff and similarly situated Consultants an overtime premium for hours worked in excess of 40 hours per week. (ECF No. 1).

2. On July 12, 2019, the Parties executed a FLSA Collective Settlement Agreement to resolve the above-captioned case.

3. On July 15, 2019, Plaintiff filed an Unopposed Motion for Approval of FLSA Collective Action Settlement and for Attorneys' Fees and Costs. (ECF No. 49).

4. On July 18, 2019, the Court approved the Parties' Settlement Agreement "as a fair, equitable, and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act," authorized Notice of the Settlement to be sent to the FLSA Collective, and authorized the Parties, following the conclusion of the Opt-In Notice period and the CAFA Notice period, "absent any objections. . . to file a stipulation and proposed order of final approval requesting dismissal with prejudice and the entry of final judgment." (ECF No. 50).

5. Pursuant to the terms of the Settlement Agreement, Notice of the Settlement was mailed to the approximately 188 members of the FLSA Collective on July 26, 2019. The Notice and Claim Period concluded on October 24, 2019.

6. Plaintiff's Counsel have received no objections.

7. Because the Settlement Agreement did not involve claims under FED. R. CIV. P. 23, no fairness hearing is required.

8. Plaintiff has filed on the docket the Opt-In Forms for the 195 FLSA Collective Members who joined the case during the Notice Period. (ECF No. 53).

9. Accordingly, the Parties now request that the Court enter final approval of the Parties' Settlement Agreement, enter final judgment in this case, and dismiss this case with prejudice.

WHEREFORE, the Parties respectfully request that the Court enter this stipulation as an Order.

Dated: October 28, 2019

SO ORDERED.

Dated: October 28, 2019                              s/Mark A. Goldsmith
      Detroit, Michigan                              MARK A. GOLDSMITH
                                                                United States District Judge

Respectfully submitted,

| /s/*David Blanchard* | /s/ with consent of Brandon J. Wilson |
|---|---|
| David M. Blanchard (P67190) | Brandon J. Wilson |
| BLANCHARD & WALKER, PLLC | Brian Kreucher |
| 221 N. Main Street, Suite 300 | HOWARD & HOWARD |
| Ann Arbor, MI 48104 | ATTORNEYS PLLC |
| Tel: (734) 929-4313 | 450 West Fourth Street |
| blanchard@bwlawonline.com | Royal Oak, MI 48067 |
| | Tel: (248) 645-1483 |
| Shanon J. Carson | bjw@h2law.com |
| Sarah R. Schalman-Bergen | bak@h2law.com |
| Alexandra K. Piazza | |
| BERGER MONTAGUE PC | *Attorneys for Defendant* |
| 1818 Market Street, Suite 3600 | |
| Philadelphia, PA 19103 | |
| Tel: (215) 875-3000 | |
| scarson@bm.net | |

sschalman-bergen@bm.net
apiazza@bm.net

-and-

Harold Lichten
Olena Savytska
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St., Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
hlichten@llrlaw.com
osavytska@llrlaw.com

*Attorneys for Plaintiff*