UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMANTHA MARMIER-ROMERO,

        Plaintiff,                            Case No. 18-11943

vs.                                           HON. MARK A. GOLDSMITH

AP PREFERRED SOLUTIONS, LLC,

        Defendant.
_____/

## ORDER GRANTING FINAL APPROVAL OF FLSA SETTLEMENT & DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' stipulation requesting dismissal of the action with prejudice and entry of judgment (Dkt. 54). On July 18, 2019, this Court entered an order preliminarily approving the parties' settlement agreement in this Fair Labor Standards Act ("FLSA") collective action (Dkt. 50). In that order, the Court found that the settlement agreement reflected "a fair, equitable, and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act," and authorized notice of the settlement to be sent to the FLSA collective. The Court further authorized the parties, following the conclusion of the opt-in notice period and the CAFA notice period, and "absent any objections . . . to file a stipulation and proposed order of final approval requesting dismissal with prejudice and the entry of final judgment."

In their joint request for dismissal of the action with prejudice, the parties stipulate to the following facts:

    1.    Pursuant to the terms of the settlement agreement, notice of the settlement was mailed to the approximately 188 members of the FLSA collective on July 26, 2019. The notice and claim period concluded on October 24, 2019.

1

2

    2.      Plaintiff's counsel have received no objections.

    3.      Because the settlement agreement did not involve claims under Federal Rule of Civil Procedure 23, no fairness hearing is required.

    4.      Plaintiff has filed on the docket the opt-in forms for the 202 FLSA Collective Members who joined the case during the Notice Period. (Dkts. 53, 55, 56).

Having reviewed the parties' submissions, the Court grants final approval of the settlement agreement. Plaintiff's counsel promptly must commence distributions to the opt-in plaintiffs in accordance with the settlement agreement. It is ordered that the parties must file a certification when all payments to the opt-in plaintiffs have been disbursed. Finally, the Court dismisses the action with prejudice.

    SO ORDERED.

Dated: November 13, 2019                  s/Mark A. Goldsmith
     Detroit, Michigan                MARK A. GOLDSMITH
                                        United States District Judge